STATE OF NEW JERSEY v. WILLIE LEE DILLARD.

September 5, 1986.

Petition for certification denied. (See 208 *N.J.Super.* 722)

BARBARA JACKSON v. ROBERT A. JACKSON, ET AL.

September 5, 1986.

Petition for certification denied.

THE BOARD OF EDUCATION OF THE CITY OF EAST
ORANGE, ESSEX COUNTY v. THOMAS
TIEFENBACHER.

September 5, 1986.

Petition for certification denied.

CHARLES F. LUPPOLD, INC. v. TORCON, INC.

September 5, 1986.

Petition for certification denied.